# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikeal Glenn Stine,<br><br>　　　　　Petitioner,<br><br>v.<br><br>USA,<br><br>　　　　　Respondent. | No. CV-17-02050-PHX-JJT (MHB)<br><br>**ORDER** |

At issue is the Report and Recommendation ("R&R")(Doc. 11) submitted in this matter by United States Magistrate Judge Michelle H. Burns, recommending that the Court deny and dismiss with prejudice Petitioner's Petition for Writ of Coram Nobis (Doc. 1) as supplemented in his Motion to Clarify (Doc. 3). Also at issue is the government's Motion to Dismiss (Doc. 8), to which Petitioner filed a Response in opposition (Doc. 10). The time for Petitioner to file any objections to the R&R is now past, and Petitioner filed no objection. The Court construes that lack of objection as a waiver of Petitioner's right to *de novo* review of the issues pursuant to *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). It nonetheless has considered *de novo* the Petition and Judge Burns's analysis and resulting recommendations. Upon that review, the Court concludes to adopt the R&R in whole, to include the reasoning underlying it.

Judge Burns correctly concluded that the Court had and exercised proper authority to transfer Petitioner's supervised release matter associated with the underlying escape

case to the Southern District of Texas. At the point, this Court was divested of jurisdiction over any *coram nobis* petition filed in that matter. The Southern District of Texas maintains jurisdiction over such a petition, and indeed already has adjudicated such a petition. This Court must and will dismiss with prejudice the Petition on the jurisdictional basis alone. The Court notes, however, that even if jurisdiction existed in the District of Arizona, Petitioner could not satisfy the second *Hirabayashi* factor, as Judge Burns correctly concluded. The record indisputably demonstrates that Petitioner knew everything he needed to know as of 2004 to file any *coram nobis* petition on the basis asserted here. He fails to provide any valid reason to explain or excuse the 12 year delay that ensued.

IT IS ORDERED adopting in whole the R&R in this matter (Doc. 11).

IT IS FURTHER ORDERED granting Respondent's Motion to Dismiss (Doc. 8).

IT IS FURTHER ORDERED denying and Dismissing the Petition for *Coram Nobis* (Doc. 1) and its supplement (Doc. 3).

IT IS FURTHER ORDERED denying a certificate of appealability in this matter and leave to proceed *in forma pauperis* on appeal. The dismissal is justified here by a plain procedural bar. Jurists of reason would not find the ruling debatable.

Dated this 17th day of May, 2018.

Honorable John J. Tuchi
United States District Judge